IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CR-04055-BCW |
| ) | |
| MITCHELL KRIEG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Willie J. Epps Jr.'s Report and Recommendation (Doc. #40) denying Defendant Mitchell Kreig's Motion to Suppress Evidence (Doc. #18). Defendant filed objections (Doc. #43) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Willie J. Epps Jr.'s findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #40), Defendant's Motion to Suppress Evidence (Doc. #18) is DENIED. It is further

ORDERED that Magistrate Judge Willie J. Epps Jr.'s Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: 09/15/2020  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT